IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY L. THOMAS, #158680, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:07-cv-254-MEF |
| | ) | WO |
| RICHARD ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

ORDERED and ADJUDGED that judgment is  entered in favor of the defendant and

against the plaintiff and that this action is dismissed without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 8th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE