```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000595
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: JEFFERY LEE THOMAS
 Case/Party: D-ALM-2-07-CV-000254-001
 Amount:         $14.00
------------------------------------
CHECK
 Check/Money Order Num: 31467
 Amt Tendered:  $14.00
------------------------------------
Total Due:      $14.00
Total Tendered: $14.00
Change Amt:     $0.00
```