```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005481
Cashier ID: khaynes
Transaction Date: 06/12/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: JEFFERY LEE THOMAS
 Case/Party: D-ALM-2-07-CV-000254-001
 Amount:          $11.60
------------------------------------
CHECK
 Check/Money Order Num: 0096
 Amt Tendered:  $11.60
------------------------------------
Total Due:       $11.60
Total Tendered:  $11.60
Change Amt:      $0.00
```